WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED
MAR 21 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JONMARC ROSS,**　　　　　　　　　　　　　　　　　　　CV # 09-1382-KI

   Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

Attorney fees in the amount of $5,876.96 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 21 day of March, 2011.

/s/ Mark L. King
United States District Judge

Submitted on March 10, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1